UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                   Case No.

APPROXIMATELY $1,059,608 IN UNITED
STATES CURRENCY FROM WELLS FARGO
BANK ACCOUNT ENDING IN 3918,

      Defendant.

## WARRANT FOR ARREST IN REM

To:    THE UNITED STATES MARSHAL
          Eastern District of Wisconsin

WHEREAS, a Verified Complaint for Civil Forfeiture *in rem* was filed on the 20th day of May, 2022, by the United States Attorney for the Eastern District of Wisconsin, which seeks the forfeiture of the above-named defendant property pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 984, and which prays that process issue to enforce the forfeiture and to give notice to all interested parties to appear before the court and show cause why the forfeiture should not be decreed; and due proceedings being had, that the defendant property be condemned and forfeited to the use of the United States of America.

YOU ARE THEREFORE HEREBY COMMANDED to attach and arrest the defendant property, approximately $1,059,608 in United States currency from Wells Fargo bank account ending in 3918, held in the name of Julie A. Hartjes, which was seized on or about December 23, 2021, in Green Bay, Wisconsin, and which is presently in the custody of the United States

Marshal Service in Green Bay, Wisconsin, in the Eastern District of Wisconsin, and to detain the same until further order of this Court.

Dated this ____ day of _____, 2022, at Green Bay, Wisconsin.

GINA COLLETTI
Clerk of Court

By: _____
Deputy Clerk

**Return**

This warrant was received and executed with the arrest of the above-named defendant.

Date warrant received: _____

Date warrant executed: _____

Name and title of arresting officer: _____

Signature of arresting officer: _____

Date: _____

2

Case 1:22-cv-00600-WCG   Filed 05/20/22   Page 2 of 2   Document 1-2